UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Telephone Science Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jack Pizzo and 2 Brothers Worldwide Publishing LLC,<br><br>　　　　Defendants. | **COMPLAINT UNDER THE TELEPHONE CONSUMER PROTECTION ACT**<br><br>**JURY DEMANDED** |

## INTRODUCTION

1. This Telephone Consumer Protection Act ("TCPA") case is brought to seek relief against Defendants for making 143 illegal telemarketing calls or "robocalls" to telephone numbers subscribed to by Telephone Science Corporation.

2. One of the sponsors on the TCPA, Senator Fritz Hollings stated, "computerized calls are the scourge of modern civilization. They wake us up in the morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone right out of the wall…. These calls are a nuisance and an invasion of our privacy." See 137 Cong. Rec. S9840, S9874.

3. Defendants use computerized calls to bombard phone numbers with solicitations to promote Strathmore's Who's Who.

## PARTIES

4. Plaintiff, Telephone Science Corporation, is a Delaware corporation with a principal place of business in Mount Sinai, New York.

1

5. Defendant, 2 Brothers Worldwide LLC ("2 Brothers"), is a New York LLC with a principal place of business in Farmingdale, NY.

6. Defendant Jack Pizzo ("Pizzo") is a citizen of New York.

## JURISDICTION AND VENUE

7. Pursuant to 28 U.S.C. §1331, this Court has federal question jurisdiction over this matter as the claims arise under the TCPA, 47 U.S.C. §227.

8. Pursuant to 28 U.S.C. §1391, venue is proper because a substantial part of the events giving rise to this claim occurred in this District and Defendants reside in this District.

## STATEMENT OF FACTS

9. Defendants make illegal phone calls to promote a "Who's Who scam"[1] involving a vanity publication called Strathmore's Who's Who.

10. Defendants have regularly made calls using an artificial or prerecorded voice to call telephone numbers for non-emergency purposes that are assigned to a service for which the called party is charged for the call.

11. One of the pre-recorded voice messages that a called party hears when answering states, "This is Kimberly calling from Strathmore's Who's Who. You have been selected to represent your industry as one of our top 100 business professionals. If you're interested in having your biography featured in our next publication please press 1 and you will be connected to one of our executive directors. If you wish to be removed from our list then press 9."

12. Another pre-recorded voice message that a called party hears when answering states, "This is Maria calling from Strathmore's Who's Who. You have been selected to represent your industry as one of our top 100 business professionals. If you're interested in having your

---

[1] See http://en.wikipedia.org/wiki/Who's_Who_scam for more information.

biography featured in our next publication please press 1 and you will be connected to one of our executive directors. If you wish to be removed from our list then press 9."

13. Jack Pizzo has direct personal participation in this marketing to promote Strathmore's Who's Who for 2 Brothers.

14. As Managing Partner and Director of 2 Brothers, Mr. Pizzo is – by his own admission -- intrinsically involved in all aspects of the company, including human resources, management and training a staff of over forty sales professionals.[2]

15. As such, Pizzo actively oversaw and directed the subject telemarketing sales calls made using an artificial or pre-recorded voice.

16. As part of Pizzo's "intrinsic involvement" he was responsible for company policy and oversaw day-to-day operations that violated the TCPA.

17. Numerous people have complained about telemarketing calls for Strathmore's Who's Who.

18. One consumer complained, "Received a call from 844-251-4526 - Strathmore. Listened to message and pressed "9" to be removed from their call list. Approximately 10 minutes later, received a call from 844-251-4525 - also Strathmore. Guess that "Press 9" feature to be removed from their call list doesn't work very well."[3]

19. Telephone Science Corporation never consented to receive calls from Defendants on any of the numbers it subscribes to.

20. Telephone Science Corporation subscribes to a service which charges for incoming U.S. calls.

21. Defendants called numbers subscribed to by Telephone Science Corporation from 1-844-251-4526 and 1-844-251-4525.

---

[2] See http://www.pr.com/press-release/584866
[3] See http://800notes.com/Phone.aspx/1-844-251-4526

3

22. On 2/18/15, around 20:06 UTC, a call from 1-844-251-4526 was made to 1-608-260-7012 using an artificial or pre-recorded voice.

23. On 2/18/15, around 20:48 UTC, a call from 1-844-251-4525 was made to 1-443-393-3414 using an artificial or pre-recorded voice.

24. On 2/18/15, around 20:57 UTC, a call from 1-844-251-4525 was made to 1-973-287-3527 using an artificial or pre-recorded voice.

25. On 2/18/15, around 21:19 UTC, a call from 1-844-251-4526 was made to 1-719-387-0770 using an artificial or pre-recorded voice.

26. On 2/18/15, around 21:28 UTC, a call from 1-844-251-4525 was made to 1-203-285-3973 using an artificial or pre-recorded voice.

27. On 2/18/15, around 21:37 UTC, a call from 1-844-251-4525 was made to 1-610-482-4050 using an artificial or pre-recorded voice.

28. On 2/19/15, around 14:07 UTC, a call from 1-844-251-4526 was made to 1-347-609-0000 using an artificial or pre-recorded voice.

29. On 2/19/15, around 14:07 UTC, a call from 1-844-251-4526 was made to 1-860-263-0016 using an artificial or pre-recorded voice.

30. On 2/19/15, around 14:15 UTC, a call from 1-844-251-4526 was made to 1-609-482-3080 using an artificial or pre-recorded voice.

31. On 2/19/15, around 14:17 UTC, a call from 1-844-251-4526 was made to 1-919-439-3903 using an artificial or pre-recorded voice.

32. On 2/19/15, around 14:20 UTC, a call from 1-844-251-4526 was made to 1-908-698-4900 using an artificial or pre-recorded voice.

33. On 2/19/15, around 14:21 UTC, a call from 1-844-251-4526 was made to 1-609-281-5194 using an artificial or pre-recorded voice.

34. On 2/19/15, around 14:21 UTC, a call from 1-844-251-4526 was made to 1-609-662-5300 using an artificial or pre-recorded voice.

35. On 2/19/15, around 14:26 UTC, a call from 1-844-251-4526 was made to 1-774-413-7366 using an artificial or pre-recorded voice.

36. On 2/19/15, around 14:29 UTC, a call from 1-844-251-4526 was made to 1-646-652-8694 using an artificial or pre-recorded voice.

37. On 2/19/15, around 14:36 UTC, a call from 1-844-251-4526 was made to 1-469-442-0041 using an artificial or pre-recorded voice.

38. On 2/19/15, around 16:13 UTC, a call from 1-844-251-4525 was made to 1-781-205-4205 using an artificial or pre-recorded voice.

39. On 2/19/15, around 16:23 UTC, a call from 1-844-251-4525 was made to 1-513-342-4362 using an artificial or pre-recorded voice.

40. On 2/19/15, around 16:31 UTC, a call from 1-844-251-4525 was made to 1-508-921-4464 using an artificial or pre-recorded voice.

41. On 2/19/15, around 17:22 UTC, a call from 1-844-251-4525 was made to 1-678-648-4578 using an artificial or pre-recorded voice.

42. On 2/19/15, around 17:28 UTC, a call from 1-844-251-4525 was made to 1-678-391-4700 using an artificial or pre-recorded voice.

43. On 2/19/15, around 17:37 UTC, a call from 1-844-251-4525 was made to 1-203-774-4876 using an artificial or pre-recorded voice.

44. On 2/19/15, around 17:59 UTC, a call from 1-844-251-4526 was made to 1-408-907-3360 using an artificial or pre-recorded voice.

45. On 2/19/15, around 18:43 UTC, a call from 1-844-251-4526 was made to 1-858-926-5780 using an artificial or pre-recorded voice.

46. On 2/19/15, around 18:54 UTC, a call from 1-844-251-4526 was made to 1-909-587-6520 using an artificial or pre-recorded voice.

47. On 2/19/15, around 19:11 UTC, a call from 1-844-251-4525 was made to 1-617-391-0250 using an artificial or pre-recorded voice.

48. On 2/19/15, around 21:13 UTC, a call from 1-844-251-4525 was made to 1-757-337-2456 using an artificial or pre-recorded voice.

49. On 2/23/15, around 15:25 UTC, a call from 1-844-251-4526 was made to 1-919-648-0609 using an artificial or pre-recorded voice.

50. On 2/23/15, around 19:07 UTC, a call from 1-844-251-4526 was made to 1-937-319-4002 using an artificial or pre-recorded voice.

51. On 2/23/15, around 19:51 UTC, a call from 1-844-251-4526 was made to 1-805-617-3545 using an artificial or pre-recorded voice.

52. On 2/23/15, around 20:22 UTC, a call from 1-844-251-4526 was made to 1-610-590-4880 using an artificial or pre-recorded voice.

53. On 2/23/15, around 20:53 UTC, a call from 1-844-251-4526 was made to 1-858-926-5780 using an artificial or pre-recorded voice.

54. On 2/23/15, around 21:12 UTC, a call from 1-844-251-4526 was made to 1-909-587-6520 using an artificial or pre-recorded voice.

55. On 2/23/15, around 21:39 UTC, a call from 1-844-251-4526 was made to 1-312-645-0303 using an artificial or pre-recorded voice.

56. On 2/24/15, around 15:43 UTC, a call from 1-844-251-4526 was made to 1-919-585-1232 using an artificial or pre-recorded voice.

57. On 2/24/15, around 18:09 UTC, a call from 1-844-251-4525 was made to 1-727-288-2738 using an artificial or pre-recorded voice.

58. On 2/25/15, around 16:04 UTC, a call from 1-844-251-4526 was made to 1-240-252-4592 using an artificial or pre-recorded voice.

59. On 2/25/15, around 16:05 UTC, a call from 1-844-251-4526 was made to 1-240-252-4592 using an artificial or pre-recorded voice.

60. On 2/25/15, around 16:05 UTC, a call from 1-844-251-4526 was made to 1-240-252-4592 using an artificial or pre-recorded voice.

61. On 2/25/15, around 18:02 UTC, a call from 1-844-251-4525 was made to 1-404-975-4520 using an artificial or pre-recorded voice.

62. On 2/25/15, around 19:01 UTC, a call from 1-844-251-4526 was made to 1-404-236-6174 using an artificial or pre-recorded voice.

63. On 2/26/15, around 16:10 UTC, a call from 1-844-251-4525 was made to 1-404-973-2060 using an artificial or pre-recorded voice.

64. On 2/26/15, around 17:16 UTC, a call from 1-844-251-4525 was made to 1-240-391-3087 using an artificial or pre-recorded voice.

65. On 2/26/15, around 18:08 UTC, a call from 1-844-251-4525 was made to 1-203-529-4024 using an artificial or pre-recorded voice.

66. On 3/3/15, around 20:56 UTC, a call from 1-844-251-4525 was made to 1-646-233-3252 using an artificial or pre-recorded voice.

67. On 3/3/15, around 21:03 UTC, a call from 1-844-251-4526 was made to 1-505-835-1202 using an artificial or pre-recorded voice.

68. On 3/3/15, around 21:04 UTC, a call from 1-844-251-4525 was made to 1-919-890-3335 using an artificial or pre-recorded voice.

69. On 3/3/15, around 21:59 UTC, a call from 1-844-251-4525 was made to 1-954-681-4081 using an artificial or pre-recorded voice.

70. On 3/3/15, around 22:00 UTC, a call from 1-844-251-4525 was made to 1-860-947-4100 using an artificial or pre-recorded voice.

71. On 3/4/15, around 15:53 UTC, a call from 1-844-251-4526 was made to 1-240-252-4592 using an artificial or pre-recorded voice.

72. On 3/4/15, around 16:18 UTC, a call from 1-844-251-4526 was made to 1-650-852-1900 using an artificial or pre-recorded voice.

73. On 3/4/15, around 16:30 UTC, a call from 1-844-251-4525 was made to 1-847-693-7893 using an artificial or pre-recorded voice.

74. On 3/4/15, around 16:56 UTC, a call from 1-844-251-4525 was made to 1-918-925-9100 using an artificial or pre-recorded voice.

75. On 3/4/15, around 17:27 UTC, a call from 1-844-251-4525 was made to 1-602-635-1913 using an artificial or pre-recorded voice.

76. On 3/4/15, around 17:40 UTC, a call from 1-844-251-4525 was made to 1-602-456-4000 using an artificial or pre-recorded voice.

77. On 3/4/15, around 18:18 UTC, a call from 1-844-251-4525 was made to 1-415-549-0306 using an artificial or pre-recorded voice.

78. On 3/4/15, around 18:19 UTC, a call from 1-844-251-4525 was made to 1-619-592-8750 using an artificial or pre-recorded voice.

79. On 3/4/15, around 18:26 UTC, a call from 1-844-251-4525 was made to 1-408-212-0847 using an artificial or pre-recorded voice.

80. On 3/4/15, around 18:46 UTC, a call from 1-844-251-4525 was made to 1-310-615-1900 using an artificial or pre-recorded voice.

81. On 3/4/15, around 18:52 UTC, a call from 1-844-251-4525 was made to 1-650-206-2208 using an artificial or pre-recorded voice.

82. On 3/4/15, around 19:13 UTC, a call from 1-844-251-4525 was made to 1-650-353-3397 using an artificial or pre-recorded voice.

83. On 3/4/15, around 19:54 UTC, a call from 1-844-251-4525 was made to 1-650-461-4600 using an artificial or pre-recorded voice.

84. On 3/4/15, around 20:17 UTC, a call from 1-844-251-4525 was made to 1-503-946-5869 using an artificial or pre-recorded voice.

85. On 3/4/15, around 20:22 UTC, a call from 1-844-251-4525 was made to 1-714-902-6100 using an artificial or pre-recorded voice.

86. On 3/4/15, around 20:26 UTC, a call from 1-844-251-4525 was made to 1-951-924-6282 using an artificial or pre-recorded voice.

87. On 3/4/15, around 20:49 UTC, a call from 1-844-251-4526 was made to 1-860-947-4100 using an artificial or pre-recorded voice.

88. On 3/4/15, around 21:05 UTC, a call from 1-844-251-4526 was made to 1-732-422-5197 using an artificial or pre-recorded voice.

89. On 3/4/15, around 21:33 UTC, a call from 1-844-251-4525 was made to 1-646-233-0163 using an artificial or pre-recorded voice.

90. On 3/4/15, around 21:34 UTC, a call from 1-844-251-4525 was made to 1-704-288-0435 using an artificial or pre-recorded voice.

91. On 3/4/15, around 21:39 UTC, a call from 1-844-251-4525 was made to 1-703-997-1558 using an artificial or pre-recorded voice.

92. On 3/4/15, around 21:42 UTC, a call from 1-844-251-4525 was made to 1-646-362-2269 using an artificial or pre-recorded voice.

93. On 3/4/15, around 21:43 UTC, a call from 1-844-251-4525 was made to 1-727-288-2738 using an artificial or pre-recorded voice.

94. On 3/4/15, around 21:44 UTC, a call from 1-844-251-4525 was made to 1-240-391-3087 using an artificial or pre-recorded voice.

95. On 3/4/15, around 21:46 UTC, a call from 1-844-251-4525 was made to 1-973-287-3527 using an artificial or pre-recorded voice.

96. On 3/4/15, around 21:48 UTC, a call from 1-844-251-4525 was made to 1-513-342-4362 using an artificial or pre-recorded voice.

97. On 3/4/15, around 21:49 UTC, a call from 1-844-251-4525 was made to 1-678-648-4580 using an artificial or pre-recorded voice.

98. On 3/4/15, around 21:52 UTC, a call from 1-844-251-4525 was made to 1-860-756-5550 using an artificial or pre-recorded voice.

99. On 3/5/15, around 15:03 UTC, a call from 1-844-251-4526 was made to 1-312-878-0739 using an artificial or pre-recorded voice.

100. On 3/5/15, around 15:10 UTC, a call from 1-844-251-4525 was made to 1-757-772-0200 using an artificial or pre-recorded voice.

101. On 3/5/15, around 17:55 UTC, a call from 1-844-251-4525 was made to 1-312-878-0739 using an artificial or pre-recorded voice.

102. On 3/9/15, around 17:45 UTC, a call from 1-844-251-4525 was made to 1-240-821-5077 using an artificial or pre-recorded voice.

103. On 3/10/15, around 13:45 UTC, a call from 1-844-251-4526 was made to 1-704-288-0435 using an artificial or pre-recorded voice.

104. On 3/10/15, around 16:19 UTC, a call from 1-844-251-4526 was made to 1-678-901-4153 using an artificial or pre-recorded voice.

105. On 3/10/15, around 16:21 UTC, a call from 1-844-251-4526 was made to 1-781-205-4205 using an artificial or pre-recorded voice.

106. On 3/10/15, around 16:51 UTC, a call from 1-844-251-4525 was made to 1-617-830-7797 using an artificial or pre-recorded voice.

107. On 3/10/15, around 17:24 UTC, a call from 1-844-251-4525 was made to 1-773-570-4133 using an artificial or pre-recorded voice.

108. On 3/10/15, around 17:30 UTC, a call from 1-844-251-4525 was made to 1-432-897-4305 using an artificial or pre-recorded voice.

109. On 3/10/15, around 18:12 UTC, a call from 1-844-251-4525 was made to 1-404-418-8973 using an artificial or pre-recorded voice.

110. On 3/10/15, around 19:00 UTC, a call from 1-844-251-4526 was made to 1-513-282-0193 using an artificial or pre-recorded voice.

111. On 3/10/15, around 19:02 UTC, a call from 1-844-251-4526 was made to 1-850-332-0221 using an artificial or pre-recorded voice.

112. On 3/10/15, around 19:14 UTC, a call from 1-844-251-4525 was made to 1-815-923-0000 using an artificial or pre-recorded voice.

113. On 3/10/15, around 19:22 UTC, a call from 1-844-251-4525 was made to 1-254-771-0136 using an artificial or pre-recorded voice.

114. On 3/10/15, around 19:50 UTC, a call from 1-844-251-4525 was made to 1-832-266-0992 using an artificial or pre-recorded voice.

115. On 3/10/15, around 19:53 UTC, a call from 1-844-251-4525 was made to 1-312-321-1001 using an artificial or pre-recorded voice.

116. On 3/10/15, around 20:23 UTC, a call from 1-844-251-4525 was made to 1-773-938-1641 using an artificial or pre-recorded voice.

117. On 3/11/15, around 15:02 UTC, a call from 1-844-251-4526 was made to 1-727-288-2738 using an artificial or pre-recorded voice.

118. On 3/11/15, around 16:59 UTC, a call from 1-844-251-4525 was made to 1-781-205-4205 using an artificial or pre-recorded voice.

119. On 3/11/15, around 17:24 UTC, a call from 1-844-251-4525 was made to 1-813-756-4463 using an artificial or pre-recorded voice.

120. On 3/11/15, around 17:51 UTC, a call from 1-844-251-4525 was made to 1-704-215-4785 using an artificial or pre-recorded voice.

121. On 3/11/15, around 18:22 UTC, a call from 1-844-251-4525 was made to 1-734-469-5149 using an artificial or pre-recorded voice.

122. On 3/11/15, around 18:36 UTC, a call from 1-844-251-4526 was made to 1-781-205-4205 using an artificial or pre-recorded voice.

123. On 3/11/15, around 18:52 UTC, a call from 1-844-251-4526 was made to 1-813-756-4463 using an artificial or pre-recorded voice.

124. On 3/11/15, around 18:55 UTC, a call from 1-844-251-4526 was made to 1-973-333-4519 using an artificial or pre-recorded voice.

125. On 3/11/15, around 19:01 UTC, a call from 1-844-251-4526 was made to 1-413-315-4618 using an artificial or pre-recorded voice.

126. On 3/11/15, around 19:04 UTC, a call from 1-844-251-4526 was made to 1-812-506-4670 using an artificial or pre-recorded voice.

127. On 3/11/15, around 19:25 UTC, a call from 1-844-251-4526 was made to 1-207-321-5097 using an artificial or pre-recorded voice.

128. On 3/12/15, around 15:36 UTC, a call from 1-844-251-4525 was made to 1-757-772-0200 using an artificial or pre-recorded voice.

129. On 3/12/15, around 17:30 UTC, a call from 1-844-251-4525 was made to 1-856-497-1641 using an artificial or pre-recorded voice.

130. On 3/12/15, around 18:21 UTC, a call from 1-844-251-4526 was made to 1-508-273-2480 using an artificial or pre-recorded voice.

131. On 3/12/15, around 18:56 UTC, a call from 1-844-251-4526 was made to 1-860-947-4014 using an artificial or pre-recorded voice.

132. On 3/16/15, around 16:58 UTC, a call from 1-844-251-4525 was made to 1-305-517-3794 using an artificial or pre-recorded voice.

133. On 3/16/15, around 18:10 UTC, a call from 1-844-251-4526 was made to 1-716-243-3661 using an artificial or pre-recorded voice.

134. On 3/16/15, around 20:06 UTC, a call from 1-844-251-4525 was made to 1-281-377-1100 using an artificial or pre-recorded voice.

135. On 3/17/15, around 14:28 UTC, a call from 1-844-251-4526 was made to 1-240-252-1313 using an artificial or pre-recorded voice.

136. On 3/17/15, around 15:05 UTC, a call from 1-844-251-4525 was made to 1-857-403-0312 using an artificial or pre-recorded voice.

137. On 3/17/15, around 15:16 UTC, a call from 1-844-251-4525 was made to 1-919-648-0609 using an artificial or pre-recorded voice.

138. On 3/17/15, around 15:16 UTC, a call from 1-844-251-4526 was made to 1-203-529-4024 using an artificial or pre-recorded voice.

139. On 3/17/15, around 16:04 UTC, a call from 1-844-251-4525 was made to 1-973-210-7201 using an artificial or pre-recorded voice.

140. On 3/17/15, around 16:12 UTC, a call from 1-844-251-4526 was made to 1-203-779-6787 using an artificial or pre-recorded voice.

141. On 3/17/15, around 16:19 UTC, a call from 1-844-251-4526 was made to 1-786-837-7200 using an artificial or pre-recorded voice.

142. On 3/17/15, around 16:22 UTC, a call from 1-844-251-4525 was made to 1-646-257-2004 using an artificial or pre-recorded voice.

143. On 3/17/15, around 17:23 UTC, a call from 1-844-251-4526 was made to 1-615-866-1040 using an artificial or pre-recorded voice.

144. On 3/18/15, around 14:43 UTC, a call from 1-844-251-4526 was made to 1-802-779-0119 using an artificial or pre-recorded voice.

145. On 3/18/15, around 14:45 UTC, a call from 1-844-251-4526 was made to 1-540-931-0130 using an artificial or pre-recorded voice.

146. On 3/18/15, around 14:56 UTC, a call from 1-844-251-4526 was made to 1-304-596-0200 using an artificial or pre-recorded voice.

147. On 3/18/15, around 19:09 UTC, a call from 1-844-251-4526 was made to 1-972-245-6505 using an artificial or pre-recorded voice.

148. On 3/18/15, around 19:12 UTC, a call from 1-844-251-4526 was made to 1-713-568-6691 using an artificial or pre-recorded voice.

149. On 3/18/15, around 20:14 UTC, a call from 1-844-251-4526 was made to 1-415-692-0108 using an artificial or pre-recorded voice.

150. On 3/18/15, around 20:19 UTC, a call from 1-844-251-4526 was made to 1-619-592-8750 using an artificial or pre-recorded voice.

151. On 3/19/15, around 16:13 UTC, a call from 1-844-251-4526 was made to 1-866-643-8155 using an artificial or pre-recorded voice.

152. On 3/19/15, around 16:45 UTC, a call from 1-844-251-4526 was made to 1-203-987-4912 using an artificial or pre-recorded voice.

153. On 3/19/15, around 17:08 UTC, a call from 1-844-251-4525 was made to 1-773-663-4703 using an artificial or pre-recorded voice.

154. On 3/19/15, around 18:49 UTC, a call from 1-844-251-4526 was made to 1-850-316-8503 using an artificial or pre-recorded voice.

155. On 3/19/15, around 19:30 UTC, a call from 1-844-251-4526 was made to 1-254-523-0000 using an artificial or pre-recorded voice.

156. On 3/19/15, around 19:48 UTC, a call from 1-844-251-4526 was made to 1-919-439-2924 using an artificial or pre-recorded voice.

157. On 3/23/15, around 16:32 UTC, a call from 1-844-251-4525 was made to 1-919-439-2924 using an artificial or pre-recorded voice.

158. On 3/23/15, around 16:53 UTC, a call from 1-844-251-4525 was made to 1-919-890-3335 using an artificial or pre-recorded voice.

159. On 3/23/15, around 16:53 UTC, a call from 1-844-251-4525 was made to 1-410-691-3335 using an artificial or pre-recorded voice.

160. On 3/23/15, around 16:55 UTC, a call from 1-844-251-4525 was made to 1-336-793-3368 using an artificial or pre-recorded voice.

161. On 3/23/15, around 17:00 UTC, a call from 1-844-251-4525 was made to 1-617-580-3483 using an artificial or pre-recorded voice.

162. On 3/23/15, around 17:35 UTC, a call from 1-844-251-4525 was made to 1-843-314-4300 using an artificial or pre-recorded voice.

163. On 3/23/15, around 17:50 UTC, a call from 1-844-251-4525 was made to 1-678-648-4578 using an artificial or pre-recorded voice.

164. On 3/30/15, around 14:38 UTC, a call from 1-844-251-4526 was made to 1-856-282-0266 using an artificial or pre-recorded voice.

165. Telephone Science Corporation was charged money for each call made from 1-844-251-4526 and 1-844-251-4525 that is described above in paragraphs 22 to 165.

166. Telephone Science Corporation is the called party of the subject telephone numbers.

167. Telephone Science was subscribing to the called numbers at the time the calls were made from 1-844-251-4526 and 1-844-251-4525.

168. Telephone Science Corporation is the current subscriber of the called telephone numbers that were called from 1-844-251-4526 and 1-844-251-4525.

169. Telephone Science Corporation never gave any express consent or written consent to Defendants for calls made from 1-844-251-4526 and 1-844-251-4525.

170. Telephone Science Corporation never gave any express consent or written consent to Defendants to call Telephone Science Corporation or its subscribed numbers using an artificial or pre-recorded voice.

171. Defendants willfully or knowingly made unsolicited calls to Plaintiff's numbers.

172. Defendants voluntarily made unsolicited calls to Plaintiff's numbers.

173. Defendants must have made the unsolicited calls to Plaintiff's numbers knowing or having reason to know that such conduct was a violation of the TCPA.

174. Defendants willingly and knowingly violated 47 U.S.C. § 227(b)(1)(A)(iii) by making 143 telemarketing calls to numbers assigned to Plaintiff between February 18, 2015 and March 30, 2015.

175. Telephone Science Corporation brings this action to recover statutory damages for direct calls made by Defendants to numbers subscribed to by Telephone Science Corporation.

176. Plaintiff demands a jury.

**PRAYER FOR RELIEF**

Plaintiff prays for the following relief:

a. Judgment against Defendants and for Plaintiff pursuant to 47 U.S.C. §227(b)(3)(B) for 143 calls made to Plaintiff's subscribed numbers by Defendants in violation of the TCPA for a judgment of up to $214,500.

b. For such other legal and/or equitable relief as the Court deems appropriate.

                RESPECTFULLY SUBMITTED,
                Hyslip & Taylor, LLC LPA

                By:   /s/ Christopher P. McDonnell
                      One of Plaintiff's Attorneys

Christopher P. McDonnell, Esq.
146-26 35 Avenue
Flushing , NY  11354
917-741-1388
Christopher.Mcdonnell@csi.Cuny.Edu