IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEPHONE SCIENCE CORPORATION,<br><br>             Plaintiff,<br><br>       v.<br><br>JACK PIZZO, 2 BROTHERS WORLDWIDE PUBLISHING LLC, VOICE BROADCASTING CORPORATION, JEFF FOURNIER, BUMP & GRIND INC., BLUE HOUSE, INC., AND JUSTIN GRELLA,<br><br>             Defendants. | CIVIL ACTION: 2:15-CV-01702 |

## DECLARATION OF EZRA D. CHURCH

Pursuant to 28 U.S.C. § 1746, I, Ezra D. Church, declare the following statements to be true under the penalties of perjury:

1. I am an attorney at Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, Pennsylvania 19103, counsel for certain defendants in this litigation, including Voice Broadcasting Corporation and Jeff Fournier.

2. I have personal knowledge of the facts set forth herein based on my participation and involvement in this litigation and, if called to do so, would testify to the matters stated herein.

3. Attached as Exhibit 1 is a true and correct copy of a February 19, 2015 E-mail from Justin Grella to Jeff Fournier.

4. Attached as Exhibit 2 is a true and correct copy of an October 24, 2014 E-mail from Kimberly Roberts to Justin Grella.

5. Attached as Exhibit 3 is a true and correct copy of February 5-6, 2015 E-mails exchanged between Justin Grella and Jeff Fournier.

6. Attached as Exhibit 4 is a true and correct copy of a March 2, 2015 E-mail from Justin Grella to Jeff Fournier.

7. Attached as Exhibit 5 is a true and correct copy of a February 20, 2015 E-mail from Jeff Fournier to Justin Grella.

I declare under penalty of perjury that the foregoing information is true and correct, based upon my knowledge, information and belief.

Dated: January 26, 2016                             /s/ Ezra D. Church
                                                    Ezra D. Church