# EXHIBIT 1

Zimbra                                    http://www.lifecorp.com/zimbra/h/printmessage?id=341991,341827,...

Sent from my iPhone

On Feb 19, 2015, at 12:29 PM, "Jeff Fournier" <jfournier@voicebroadcasting.com> wrote:

Should the "Already Dialed" group be added as DNC?

---

**From:** "justin grella" <cbigjust1@msn.com>
**To:** jfournier@voicebroadcasting.com
**Sent:** Thursday, February 19, 2015 2:27:34 PM
**Subject:** Recap

I forgot to mention you should also take the ALREADY DIALED from Strathmore-Tonia into the Strathmore main account so we don't call them again

So from STRATHMORE-TONIA...

1. Take UNSUBS or PRESS 9's and move them to main STRATHMORE account as do NOT call
2. Take all "not called" numbers and add to architect campaign in Strathmore (so we can call them)
3. Take all "ALREADY DIALED" and add as already dialed in Strathmore (so we don't call them)

Let me know and thanks

Thank you,

Justin Grella
347-423-8429