# EXHIBIT 2

Just tell them to log into: theloginscreen.com and enter their username/password.

---

**From:** "justin grella" <cbigjust1@msn.com>
**To:** "Kimberly Roberts" <kimberly@voicebroadcasting.com>
**Cc:** "Jeff Fournier" <jfournier@voicebroadcasting.com>
**Sent:** Friday, October 24, 2014 12:56:54 PM
**Subject:** RE: Logins for Campaign Manager

Thank you

Is there anyway to mask voicebroadcasting dot com or do you guys agree to not work with my client directly if they try to?

Thank you,

Justin Grella
347-423-8429

---

Date: Fri, 24 Oct 2014 12:55:47 -0500
From: kimberly@voicebroadcasting.com
To: cbigjust1@msn.com
CC: jfournier@voicebroadcasting.com
Subject: Logins for Campaign Manager

Justin,

Your logins are now activated in Campaign Manager, so please click on this url and enter your username and password:

URL: login.voicebroadcasting.com

**Blue House Inc**
Username:Bluehouse (enter exactly as shown)
Password:BH20911 (enter exactly as shown)

**Strathmore's Whos Who**
Username: Strathmore  (enter exactly as shown)
Password: Strathmore20914 (enter exactly as shown)


This will take you to the Main Reports Menu where you will see the following system resources:

**Call Details CSV report** - this is a report you can download to see the individual calls and their results.

**Call Summary CSV Report -** this will show a summary of how many live answers, answer machines, busies, no answers.

**Campaign Manager for Voice Broadcasting -** this is the dashboard for building, controlling and monitoring your dialing campaigns, you can watch your campaign as it dials from this report. You can also go into the Libraries for instructions on how to record a message and upload a list of phone numbers to dial.

**Graphs and Reports** – these are for overview reports of each campaign.

**Graphs and Reports for Press 1 Campaigns** – these are overview reports for campaigns that contain a press 1 to transfer option.

**System Administrator Rights** – this is for viewing your accounting terms and making payments via your credit card.

Jeff Fournier
by
Kimberly Roberts
Voice Broadcasting
(817)462-0700

---

**Strathmore**

---