# EXHIBIT 4

imbra                                                          http://www.lifecorp.com/zimbra/h/printmessage?id=341894,341485,...

From: jfournier@voicebroadcasting.com
To: cbigjust1@msn.com
Subject: upload business data

I'm going to do the data dump to you, but let's talk about the content....we have a general business pull consisting of real stores, no emergency, fire, police, attorneys, agriculture, mining, federal, state or local government offices. That work? If so, provide the url/logins for your site.

Jeff

---

**From:** "justin grella" <cbigjust1@msn.com>
**To:** "Jeff Fournier" <jfournier@voicebroadcasting.com>
**Sent:** Monday, March 2, 2015 3:42:46 PM
**Subject:** RE: attachment

Would you be able to provide me with a copy of the file?

I will work on it locally and upload as needed for clients

Thank you,

Justin Grella
347-423-8429

---

Date: Mon, 2 Mar 2015 15:29:16 -0600
From: jfournier@voicebroadcasting.com
To: cbigjust1@msn.com
Subject: Re: attachment