# EXHIBIT 5

Thank you,

Justin Grella
347-423-8429

📄 **sample.csv**
19 KB

### Re: Recap

**From :** Jeff Fournier <jfournier@voicebroadcasting.com>   Fri, Feb 20, 2015 08:48 AM
**Subject :** Re: Recap
**To :** justin grella <cbigjust1@msn.com>

The DNC from Tonia and the dialed leads from Tonia have been added to the DNC for Strathmore Whos Who (clientid 20914).
I am now adding the undialed leads from Tonia into the Whos Who campaignid 400486 (Architects). This will take and hour or so, so please don't start dialing on that campaign until it has finished processing.

Jeff

**From:** "justin grella" <cbigjust1@msn.com>
**To:** "Jeff Fournier" <jfournier@voicebroadcasting.com>
**Sent:** Thursday, February 19, 2015 2:49:25 PM
**Subject:** Re: Recap

Sure that works