UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TELEPHONE SCIENCE CORPORATION,

        Plaintiff,

-against-

JACK PIZZO, 2 BROTHERS WORLDWIDE
PUBLISHING LLC, VOICE BROADCASTING
CORPORATION, JEFF FOURNIER, BUMP &
GRIND INC., BLUE HOUSE INC, and JUSTIN
GRELLA,

        Defendants.
-----------------------------------------------------------X

ORDER

CV 15-1702

(Wexler, J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 25 2016 ★

LONG ISLAND OFFICE

WEXLER, District Judge:

By Report and Recommendation ("R&R") of April 22, 2016 (docket entry 76), Magistrate Judge Anne Y. Shields recommended that this Court grant Plaintiff's motion to sever defendants Justin Grella, Bump & Grind and Blue House, Inc. who have declared bankruptcy. The R&R makes clear that any objections thereto were required to be filed with the Clerk of the Court within fourteen days. To date, no objections to the R&R have been filed, and the R&R is therefore adopted. The Court hereby adopts the R&R, and directs the Clerk of the Court to terminate the motion at docket entry 67.

SO ORDERED.

s/ Leonard D. Wexler
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       May 25, 2016