# Morgan Lewis

**Gregory T. Parks**
Partner
+1.215.963.5170
gregory.parks@morganlewis.com


July 13, 2016


**FEDEX**

Honorable Judge Leonard D. Wexler
Senior United States District Court Judge
Eastern District of New York
944 Federal Plaza
Central Islip, New York  11722

Re:   Telephone Sciences Corporation v. Jack Pizzo, et al., No. 15-cv-01702

Dear Judge Wexler:

We represent Voice Broadcasting Corporation and Jeff Fournier in the above-referenced case.

We write to advise the Court that Plaintiff Telephone Science Corporation ("TSC"), Defendant Voice Broadcasting Corporation ("VBC"), and Defendant Jeff Fournier ("Fournier") have reached an agreement in principle to settle.  TSC, VBC, and Fournier will document the agreement and TSC will file a notice of dismissal as to VBC and Fournier.  At that time, VBC and Fournier will withdraw their pending motion to dismiss.

This settlement agreement will release all claims as to VBC and Fournier only.  The matter will continue as to the other defendants in this case.

Respectfully submitted,

*Gregory Parks (JG)*

Gregory T. Parks


cc:   Magistrate Judge Anne Y. Shields (via ECF)
      Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA  19103-2921
United States

T +1.215.963.5000
F +1.215.963.5001