

Mark T. Lavery, Esq.
312-792-9533
marktlavery@icloud.com

January 27, 2017

Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re:    2:15-cv-01702-LDW-AYS - Telephone Science Corporation v. Pizzo et al**

Dear Judge Shields:

      The parties have come to settlement terms and are preparing documents to execute the settlement. The parties request 14 days to complete the settlement.

                          Very Truly,

                          /s/ Mark T. Lavery