## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Telephone Science Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Jack Pizzo and 2 Brothers Worldwide Publishing LLC,<br><br>    Defendants. | Case Number:   No. 15-cv-01702 |

## STIPULATION TO DISMISS

Pursuant to Federal Rule 41(a)(1)(A)(ii), the parties stipulate to voluntary dismissal with prejudice as a result of settlement which the parties request that the Court retain jurisdiction for the purposes of enforcing the agreement.

**SO STIPULATED AND AGREED:**

| | |
|---|---|
| HYSLIP & TAYLOR, LLC LPA | CARLUCCI & LEGUM |
| Attorneys for Plaintiff | Attorneys for Defendants |
| | |
| By: /s/ Mark T. Lavery | By: /s/ Steven Legum |
| | |
| Mark T. Lavery | Steven G. Legum |
| 1100 W. Cermak, Suite B410 | 170 Old Country Road |
| Chicago, IL 60608 | Mineola, New York 11501 |
| Telephone: (312) 508-5480 | Telephone: (516) 873-9300 |
| marktlavery@icloud.com | sgl@legum.biz |