UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Telephone Science Corporation,

    Plaintiff,

v.

Jack Pizzo and 2 Brothers Worldwide Publishing LLC,

    Defendants.

Case Number: No. 15-cv-01702

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 22 2017 ★
LONG ISLAND OFFICE

## STIPULATION TO DISMISS

Pursuant to Federal Rule 41(a)(1)(A)(ii), the parties stipulate to voluntary dismissal with prejudice as a result of settlement which the parties request that the Court retain jurisdiction for the purposes of enforcing the agreement.

**SO STIPULATED AND AGREED:**

HYSLIP & TAYLOR, LLC LPA
Attorneys for Plaintiff

By: /s/ Mark T. Lavery

Mark T. Lavery
1100 W. Cermak, Suite B410
Chicago, IL 60608
Telephone: (312) 508-5480
marktlavery@icloud.com

CARLUCCI & LEGUM
Attorneys for Defendants

By: /s/ Steven Legum

Steven G. Legum
170 Old Country Road
Mineola, New York 11501
Telephone: (516) 873-9300
sgl@legum.biz

So Ordered. The case is closed.

/s/ LEONARD D. WEXLER

LEONARD D. WEXLER, U.S.D.J.

2/22/17